■ In the Matter of KELLIE A. CRISAFULLI, Appellant, v JOHN ANDERSON, Respondent. (Appeal No. 2.) [748 NYS2d 126] —Appeal from an order of Family Court, Oswego County (Hafner, Jr., J.), entered March 26, 2001, which, inter alia, denied the petition to suspend visitation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Oswego County, Hafner, Jr., J. Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Lawton, JJ.